IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JESSICA RENE GILLESPIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TEXAS DEPARTMENT OF FAMILY | ) |
| AND PROTECTIVE SERVICES, et al., | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:17-CV-2826-C-BT |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff's Complaint, filed *pro se* and *in forma pauperis*, be dismissed pursuant to the judicial screening provisions of 28 U.S.C. § 1915(e)(2)(B). Plaintiff failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's claims challenging her conviction are **DISMISSED WITH PREJUDICE** until the conditions of *Heck v. Humphrey* are satisfied, and Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

SO ORDERED this 9th day of March, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE